Order entered December // , 2012

005239



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00541-CR

### KENNETH FITZGERALD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th District Court
Dallas County, Texas
Trial Court Cause No. F92-73565-Q**

## ORDER

The Court **REINSTATES** the appeal.

On October 9, 2012, the Court ordered the trial court to make findings regarding the availability of the reporter's record form the May 28, 1993 plea hearing. We **ADOPT** the findings that: (1) court reporter Don Hardy, who recorded the proceedings has not died; (2) Mr. Hardy told Michael Casillas of the Dallas County District Attorney's Office that he does not have the notes and he left them at the courthouse; (3) a search was conducted for the notes with the District Clerk's Office, including at an off-site warehouse; (4) they were not able to locate any steno notes from that time period; (5) the notes are lost; (6) appellant is not at fault for the loss of the notes; and (7) the parties cannot agree on a substituted record.

Appellant and the State have already filed briefs addressing the issue of the lost record.

Accordingly, we **DIRECT** the Clerk of this Court to set the appeal at issue.

DAVID L. BRIDGES
JUSTICE